Eastern District of Kentucky
FILED
MAY 08 2026
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN D. SANDERS,<br><br>Defendant. | No. 5:25-CR-68-REW-MAS<br><br>VERDICT FORM |

*** *** *** ***

## Count 1

As to Count 1, we, the jury, unanimously find Defendant Kevin D. Sanders:

**NOT GUILTY** ________ **GUILTY** ___X___

**Proceed to Count 2.**

---

## Count 2

As to Count 2, we, the jury, unanimously find Defendant Kevin D. Sanders:

**NOT GUILTY** ________ **GUILTY** ___X___

**Proceed to Count 3.**

## Count 3

As to Count 3, we, the jury, unanimously find Defendant Kevin D. Sanders:

**NOT GUILTY** ________ **GUILTY** __X__

**Proceed to Count 4.**

---

## Count 4

As to Count 4, we, the jury, unanimously find Defendant Kevin D. Sanders:

**NOT GUILTY** ________ **GUILTY** __X__

**Proceed to Count 5.**

---

## Count 5

As to Count 5, we, the jury, unanimously find Defendant Kevin D. Sanders:

**NOT GUILTY** ________ **GUILTY** __X__

**Proceed to Count 6.**

## Count 6

As to Count 6, we, the jury, unanimously find Defendant Kevin D. Sanders:

**NOT GUILTY** ________ **GUILTY** ___X___

**Proceed to Count 7.**

---

## Count 7

As to Count 7, we, the jury, unanimously find Defendant Kevn D. Sanders:

**NOT GUILTY** ________ **GUILTY** ___X___

**Proceed to Count 8.**

---

## Count 8

As to Count 8, we, the jury, unanimously find Defendant Kevin D. Sanders:

**NOT GUILTY** ________ **GUILTY** ___X___

If you answered "guilty," proceed to Subpart 1.

If you answered "not guilty," proceed to Count 9.

* * *

**Subpart 1:** If you answered "guilty," please unanimously indicate the quantity of cocaine involved in the offense (mark only one).

500 Grams or More __X__

Less than 500 Grams ______

**Proceed to Count 9.**

---

## Count 9

As to Count 9, we, the jury, unanimously find Defendant Kevin D. Sanders:

**NOT GUILTY** ______ **GUILTY** __X__

If you answered "guilty," proceed to Subpart 1.

If you answered "not guilty," proceed to Count 10.

* * *

**Subpart 1:** If you answered "guilty," please unanimously indicate the quantity of fentanyl involved in the offense (mark only one).

400 grams or more __X__

40 grams or more but less than 400 grams ______

Less than 40 grams ______

**Proceed to Count 10.**

# Count 10

As to Count 10, we, the jury, unanimously find Defendant Kevin D. Sanders:

**NOT GUILTY** ________ **GUILTY** ___X___

If you answered "guilty," proceed to Subpart 1.

If you answered "not guilty," proceed to Count 11.

* * *

**Subpart 1:** If you answered "guilty," please unanimously indicate the quantity of methamphetamine (actual) involved in the offense (mark only one).

| | |
|---|---|
| 50 grams or more | ___X___ |
| 5 grams or more but less than 50 grams | ________ |
| Less than 5 grams | ________ |

**Proceed to Count 12.**

---

# Count 12

As to Count 12, we, the jury, unanimously find Defendant Kevin D. Sanders:

**NOT GUILTY** ________ **GUILTY** ___X___

If you answered "guilty," proceed to Subpart 1, Subpart 2, and Subpart 3. You may answer all subparts "yes," if, but only if, that is consistent with your finding of guilt.

If you answered "not guilty," proceed to Count 13.

* * *

**Subpart 1:** Do you unanimously agree that Defendant Kevin D. Sanders committed the drug trafficking crime charged in Count 8 and that he possessed a firearm in furtherance of that crime?

NO ________ YES ___X___

Proceed to Subpart 2.

* * *

**Subpart 2:** Do you unanimously agree that Defendant Kevin D. Sanders committed the drug trafficking crime charged in Count 9 and that he possessed a firearm in furtherance of that crime?

NO ________ YES ___X___

Proceed to Subpart 3.

* * *

**Subpart 3:** Do you unanimously agree that Defendant Kevin D. Sanders committed the drug trafficking crime charged in Count 10 and that he possessed a firearm in furtherance of that crime?

NO ________ YES ___X___

**Proceed to Count 13.**

## Count 13

As to Count 13, we, the jury, unanimously find Defendant Kevin D. Sanders:

**NOT GUILTY** _________ **GUILTY** X

**Proceed to End.**

---

***Once you have fully answered, the foreperson should sign and date the Verdict Form and alert the CSO that you have reached a verdict.***

May 8, 2026
DATE

[redacted]