UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – SENTENCING

Case No. 5:25-cr-00068-REW-MAS-1 At Lexington Date September 18, 2026

USA vs Kevin D. Sanders x present x custody ___ bond ___ OR Age 48

DOCKET ENTRY: The parties appeared as noted. United States Probation Officer Troy Brown attended telephonically. The Court confirmed that all parties had received the Presentence Investigation Report (PIR) and had adequate time to review the report. Defendant orally confirmed that he had ample time to thoroughly review the report with counsel and was ready for today's sentencing.

The Court addressed Defendant's unresolved objections to the PIR: 1) the designation as a career offender, pursuant to § 4B1.1(a); and 2) application of § 2K2.1(a)(1). Both objections related to whether Defendant's prior conviction under § 720 ILCS 570/401 constituted a controlled substance offense. The Court **OVERRULED** the objections for reasons stated fully on the record. The Court did not resolve Defendant's objection to ¶ 57 of the PIR given that it had no impact on the sentencing. The parties affirmed this result.

The Court **ADOPTS** the **PIR** prepared by the United States Probation Office as its findings, including Guidelines calculations. The PIR will not be filed in the Court's Case Management Electronic Case Filing system, but the Court will maintain a digital copy of the PIR in its electronic repository.

The Court then heard counsels' arguments as to the proper sentence, and Defendant allocuted. After a break for consideration of the matter, the Court orally announced the sentence. It will subsequently issue a separate Judgment.

PRESENT: HON. ROBERT E. WIER, UNITED STATES DISTRICT JUDGE

| Dulce Cornelius | Elaine Haberer | None | Cynthia T. Rieker |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant Benjamin D. Allen x present ___ retained x appointed

PROCEEDINGS: **SENTENCING (non-evidentiary)**

x Objections to Presentence Report.

___ No objections to the Presentence Report.

___ The Court Reporter shall transcribe the proceedings of the hearing on the Objections to the Presentence Report and file it in the record.

x Court's Advice of Right to Appeal read to Defendant, and he confirmed understanding.

x The transcript shall be deemed the written findings of the Court.

x Judgment shall be entered (See Judgment & Commitment).

___ Defendant is released pursuant to the Judgment and Commitment Order to be entered.

X Defendant is remanded to the custody of the United States Marshals Service.

Copies: COR, USP, USM

Initials of Deputy Clerk dc

TIC: 1/51 min

**Signed By:**

***Robert E. Wier*** REW

**United States District Judge**